# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2738

_____

Carolyn Betton; Cytoys Durham;      *
Colette Howard; Jurlean Johnson;    *
Charlene King,                      *
                                    *
          Plaintiffs,               *
                                    *
Eric T. Tolen,                      *   Appeal from the United States
                                    *   District Court for the
          Appellant,                *   Eastern District of Missouri.
                                    *
     v.                             *   [UNPUBLISHED]
                                    *
St. Louis County, Missouri,         *
                                    *
          Appellee.                 *

_____

Submitted:  December 21, 2010
Filed:  December 30, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Eric Tolen appeals the district court's[1] denial of his request for attorney fees in the matter of <u>Betton v. St. Louis County</u>, No. 4:05-cv-01455.  We conclude that the district court did not abuse its discretion in denying Tolen's request.  <u>See</u> <u>Peter v. Jax</u>, 187 F.3d 829, 833 (8th Cir. 1999) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.